IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER DORMAN,
individually and on behalf of
all others similarly situated,

           Plaintiff,

v.

DHL EXPRESS (USA), INC.,
CONSOLIDATED TERMINAL, INC.
and PERRI GIORGI,

           Defendants.

ORDER

09-cv-99-wmc

---

On July 7, 2010, the court held a hearing on plaintiff's motion for default judgment, at which time the court (1) granted said motion, (2) directed the clerk of court to enter a default judgment in the amount of $457,275.65 against defendants Consolidated Terminal, Inc. and Perri Giorgi, and (3) withheld entry of an award of reasonable attorney's fees and costs pending further submissions.

Based on the submissions provided, IT IS ORDERED that an award of reasonable attorneys fees and costs in the total amount of $106,902 is GRANTED.

Entered this 30th day of August, 2010.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

Copy of this document has been provided to: all counsel
this 31 day of AUG 2010
by: M. Hardin
M. Hardin, Secretary to
Judge William M. Conley